XAVIER BECERRA
Attorney General of California
DAVID A. ZONANA
Supervising Deputy Attorney General
REED SATO
Deputy Attorney General
State Bar No. 87685
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7789
 Fax: (916) 327-2319
 E-mail: reed.sato@doj.ca.gov

*Attorneys for Plaintiff
California Department of Toxic Substances Control*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>                    Plaintiff,<br><br>       v.<br><br>DEE M. McLEMORE TRUST, et al.,<br><br>                    Defendants. | CASE NO. 3:19-cv-01116-WHA<br><br>NOTICE OF LODGING OF PROPOSED CONSENT DECREE (CORRECTED) |

PLEASE TAKE NOTICE that Plaintiff, the California Department of Toxic Substances Control ("DTSC") has lodged a proposed Consent Decree (Corrected) with the Court regarding the real property, also known as the "Hard Chrome Engineering real property" with a street address of 750 and 764 107th Avenue, Oakland, California, and identified in Alameda County property records as Assessor's Parcel Number 45-5251-5-2, and the areal extent of hazardous substance contamination, including contamination of surface, subsurface areas, and

groundwater, that is, or has been, present at, beneath, and/or from the Hard Chrome Engineering real property ("the Site").

The proposed Consent Decree is corrected from a version lodged with the Court on September 22, 2020. There is no difference between the versions in terms of substance but the signatory for the Department of Toxic Substances Control is different based on the authority of the signatory, Grant Cope, to bind the Department of Toxic Substances Control.

The proposed Consent Decree resolves the liability of the Dee M. McLemore Trust, and its individual trustees named in the Complaint for "matters addressed" as described in the proposed Consent Decree. The proposed Consent Decree does not resolve the liability of Hard Chrome Engineering, Inc.

DTSC will conduct a public notice period for the proposed Consent Decree. At the end of that period, unless public comments indicate otherwise, DTSC will ask the Court to enter the proposed Consent Decree. DTSC will file a noticed motion summarizing and responding to each of the comments it receives from the public, if any. DTSC respectfully requests that the Court not enter the proposed Consent Decree until the Court has had the opportunity to review DTSC's motion.

Respectfully submitted,

Dated: October 7, 2020

XAVIER BECERRA
Attorney General of California
DAVID A. ZONANA
Supervising Deputy Attorney General

/s/ *Reed Sato*

REED SATO
Deputy Attorney General

*Attorneys for Plaintiff*
*California Department of Toxic*
*Substances Control*