UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>     Plaintiff,<br><br>  v.<br><br>DEE M. MCLEMORE TRUST, et al.,<br><br>     Defendants. | No. C 19-01116 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order granting default judgment, final judgment is hereby entered in favor of the California Department of Toxic Substances Control and against Hard Chrome Engineering, Inc. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 3, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE